# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

HECTOR BRUNO,

    Plaintiff,

v.                                              CASE NO. 3:18cv1390-MCR-HTC

UNITED STATES OF
AMERICA, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 30, 2019. ECF No. 50. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant Boston's Motion to Dismiss, ECF No. 45, is **GRANTED**.

3. Plaintiff's claims against Defendant Boston are **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** this 28th day of June 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**