UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**HECTOR BRUNO,**

    **Plaintiff,**

**v.**                                              Case No. 3:18cv1390-TKW-HTC

**UNITED STATES OF AMERICA,**

    **Defendant.**

_____/

## **O R D E R**

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 83) and the objections filed by Plaintiff (Doc. 84). Based on my de novo review of the issues raised in the objections, I agree with the magistrate judge that Plaintiff's claims are barred by the discretionary function exception in the Federal Tort Claims Act and that, in any event, Plaintiff failed to present sufficient evidence to support a negligence claim. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's motion for summary judgment (Doc. 61) is **DENIED**.

3. Defendant's motion to dismiss or, in the alternative, motion for summary judgment (Doc. 64) is **GRANTED.**

4. The Clerk shall enter judgment in favor of Defendant and close the file.

**DONE and ORDERED** this 27th day of December, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**